**Order entered November 8, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01332-CV

### IN RE REGINALD ARLEIGH NOBLE

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. W00-50025K(Q)**

## ORDER

Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DISMISS** for want of jurisdiction applicant's October 31, 2019 application for writ of habeas corpus.

/s/ LESLIE OSBORNE
   JUSTICE